Meyer Corporation U.S. et. al. vs. Calphalon Corp.  Doc. 10

Case 2:06-cv-00615-WBS-KJM   Document 10   Filed 04/10/2006   Page 1 of 2

```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      EASTERN DISTRICT OF CALIFORNIA
 9                              ----oo0oo----
10  MEYER CORPORATION, U.S. and
    MEYER INTELLECTUAL PROPERTIES
11  LIMITED,
                                          NO. CIV. S-06-0615 MCE-KJM
12            Plaintiffs,
          v.
13
    CALPHALON CORPORATION,
14
              Defendant.
15  _____/
16  CALPHALON CORPORATION,
                                          NO. CIV. S-05-0971 WBS-DAD
17            Plaintiff,
          v.
18
    MEYER CORPORATION, U.S.,
19
              Defendant.
20  _____/
21
                                ----oo0oo----
22
23           Examination of the above-entitled actions reveals that
24  these actions are related within the meaning of Local Rule 83-
25  123, E.D. Cal. (1997).  Both cases involve the same parties and
26  are based on similar claims.  Accordingly, the assignment of the
27  matters to the same judge is likely to effect a substantial
28  saving of judicial effort and is also likely to be convenient for
```

1  the parties.
2        The parties should be aware that relating the cases
3  under Local Rule 83-123 merely has the result that these actions
4  are assigned to the same judge; no consolidation of the actions
5  is effected.
6        IT IS THEREFORE ORDERED that the action denominated
7  Civ. S-06-0615 should be, and the same hereby is, reassigned to
8  the Honorable WILLIAM B. SHUBB for all further proceedings.
9  Henceforth the captions on all documents filed in the reassigned
10 case shall be shown as Civ. S-06-0615 WBS-KJM, and any dates
11 currently set in the reassigned case only are hereby VACATED.
12       IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of civil cases to
14 compensate for this reassignment.
15       IT IS SO ORDERED.
16 DATED: April 7, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE