1

**DYKEMA GOSSETT LLP**
K. LYNN FINATERI, SBN: 196488

2   333 South Grand Avenue, Suite 2100
Los Angeles, California 90071

3   Telephone:   (213) 457-1800
Facsimile     (213) 457-1850

4   lfinateri@dykema.com

5   Attorneys for Plaintiffs
MEYER CORPORATION, U.S. and

6   MEYER INTELLECTUAL PROPERTIES LIMITED

7





APR **2 8** 2006

**CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
BY _____
            DEPUTY CLERK

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10              **SACRAMENTO DIVISION – ECF PROGRAM**

11  MEYER CORPORATION, U.S. and MEYER
INTELLECTUAL PROPERTIES LIMITED,

12                  Plaintiffs,

13              vs.

14  CALPHALON CORPORATION,

15                  Defendant.

16

Case No.: 2:06-CV-0615 WBS-KJM

Assigned to the Honorable William B. Shubb

**PETITION AND ORDER FOR
ADMISSION TO PRACTICE *PRO HAC
VICE* FOR ROBERT K. VILLA**

17      I, Robert K. Villa, attorney for plaintiffs Meyer Corporation, U.S. and Meyer Intellectual

18  Properties Limited, hereby petition for admission to practice under the provisions of Local Rule 83-

19  180(b)(2) of this Court, and in support thereof, state under penalty of perjury that:

20      My residence address is: 40W376 William Cullen Bryant, Saint Charles, Illinois 60175.

21      My business address is:   Dykema Gossett PLLC, 10 South Wacker Drive, Suite 2300,

22  Chicago, Illinois 60606.

23      I am admitted to practice in:

| Court | Date Admitted |
|---|---|
| Illinois Supreme Court | 11/95 |
| Northern District of Illinois | 2/96 |
| U.S. Court of Appeals – 7th Circuit | 6/96 |
| Central District of Illinois | 4/97 |
| Southern District of Illinois | 4/97 |

*Sidebar (left margin):* DYKEMA GOSSETT LLP / 333 SOUTH GRAND AVENUE / SUITE 2100 / LOS ANGELES, CALIFORNIA 90071

1   I am presently in good standing and eligible to practice in the aforementioned jurisdictions. I

2   am not currently suspended or disbarred in any jurisdiction.

3   I have not made a *pro hac vice* application to this court within the past year. However,

4   concurrently with this application, I am petitioning the court for *pro hac vice* admission in the

5   related matter of *Calphalon Corporation v. Meyer Corporation U.S.*, Case No. 2:05-CV-00971

6   WBS-DAD, which is also pending before this Court.

7   I hereby designate the following member of the bar of this court with whom the Court and

8   opposing counsel may readily communicate regarding conduct of the case and upon whom papers

9   shall be served:

10      K. Lynn Finateri, SBN: 196488
11      Dykema Gossett LLP
        333 South Grand Avenue, Suite 2100
12      Los Angeles, California 90071

13  Dated:   April 25, 2006                    Petitioner:    /s/ Robert K. Villa
14                                                             Robert K. Villa

15

16      I hereby consent to my designation as counsel with whom the Court and opposing counsel
17  may readily communicate regarding the conduct of the case and upon whom papers shall be served.

18

19

20  Dated: April 26, 2006                      DYKEMA GOSSETT LLP

21
                                               By:      /s/ K. Lynn Finateri
22                                                       K. Lynn Finateri, Esq.

23

24

25

26

27

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

## ORDER

PETITION IS HEREBY:              (X) GRANTED        (  ) DENIED

DATED: _4/27/2006_        _William to Shubb_

UNITED STATES DISTRICT JUDGE

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

PETITION AND ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* FOR ROBERT K. VILLA
CASE NO.: 2:06-CV-0615 WBS-KJM

PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On April 26, 2006, I served the foregoing document described as **PETITION AND ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* FOR ROBERT K. VILLA** on all interested parties in this action as follows:

See Attached List.

☐ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ **(BY E-FILING)** Via the court required e-filing service

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(BY OVERNIGHT)** Via Federal Express.

☐ **(BY FACSIMILE)** By transmitting in true copy thereof by facsimile from facsimile number (213) 457-1850 to the facsimile number(s) shown above.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 26, 2006, at Los Angeles, California

/s/ K. Lynn Finateri
K. Lynn Finateri

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

PETITION AND ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* FOR ROBERT K. VILLA
CASE NO.: 2:06-CV-0615 WBS-KJM

1

## MEYER CORPORATION, ET AL. v. CALPHALON CORPORATION
### USDC Case No. 2:06-CV-0615-WBS-KJM

2

3

4    | Janene P. Bassett, Esq. | Attorney for Defendant Calphalon Corporation |
5    | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP 1901 Avenue of the Stars, 16th Floor Los Angeles, California 90067 (310) 228-3700 Fax: (310) 228-3701 | |

6

7

8

9

10

11

12

13

14

PAS01\33325.1
ID\KLFS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

PETITION AND ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* FOR ROBERT K. VILLA
CASE NO.: 2:06-CV-0615 WBS-KJM